# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Dorsey, Jennifer A. | US District Court - Nevada | 11/30/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

Lloyd D. George Federal Courthouse
333 Las Vegas Boulevard South
Las Vegas, Nevada 89101

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust # 1 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 12/1/1997 | Kemp Jones & Coulthard, LLP Profit Sharing Plan with former law firm - no control |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Jennifer A. | 11/30/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | Snell & Wilmer L.L.P. - Salary |
| 2. 2014 | American Wagering, Inc. - Salary |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Jennifer A. | 11/30/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Kemp Jones & Coulthard, LLP Profit Sharing Plan | A | Distribution | | | Distributed | 06/30/14 | O | | |
| 2. Snell & Wilmer Profit Sharing Plan | A | Distribution | | | Distributed | 05/05/14 | L | | |
| 3. Horizon Ridge Professional Park, L.P. | C | Interest | K | W | | | | | |
| 4. US Series EE Savings Bonds | A | Interest | J | T | | | | | |
| 5. American Funds Bond Fund of America 529 | A | Interest | K | T | | | | | |
| 6. American Funds Growth Fund of America 529 | A | Interest | K | T | | | | | |
| 7. American Funds Capital World Bond Fund 529 | A | Interest | J | T | | | | | |
| 8. American Funds EuroPacific Growth Fund 529 | A | Interest | J | T | | | | | |
| 9. American Funds New World Fund 529 | A | Interest | J | T | | | | | |
| 10. American Funds US Gov't Sec Fund 529 | A | Interest | J | T | | | | | |
| 11. American Funds Fund of America 529 | A | Interest | J | T | | | | | |
| 12. Trust #1 | | | | | | | | | |
| 13. - Wells Fargo Cash Accounts | A | Interest | L | T | | | | | |
| 14. - Morgan Stanley Cash Accounts | A | Interest | N | T | | | | | |
| 15. - NAA 2006-AP1 bond | A | Interest | K | T | | | | | |
| 16. - Chaseflex Trust 2005-1-A5 bond | A | Interest | K | T | | | | | |
| 17. - Miami Dade County Special Obligation Municipal Bond | A | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Jennifer A. | 11/30/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Western Asset Short Duration Municipal Bond Fund | D | Interest | N | T | | | | | |
| 19. - Western Asset Municpal Bond High Income Fund (Y) | | | | | | | | | |
| 20. - Enterprise Partners stock | A | Interest | K | T | | | | | |
| 21. - iShares Barclays 3-7 Year Treasury Fund (Y) | | | | | | | | | |
| 22. - ProShares Ultra 7-10 Year Treasury ETF (Y) | | | | | | | | | |
| 23. - ProShares Ultra S&P 500 ETF | A | Dividend | K | T | | | | | |
| 24. - S&P 500 Index Fund | A | Dividend | K | T | | | | | |
| 25. - 3M Company stock (Y) | | | | | | | | | |
| 26. - AmeriGas Partners stock | A | Dividend | J | T | | | | | |
| 27. - Amphenol Corp. stock | A | Dividend | J | T | | | | | |
| 28. - Apple, Inc. stock | A | Dividend | K | T | | | | | |
| 29. - Berkshire Hathaway Class B stock | A | Dividend | J | T | | | | | |
| 30. - Casey's General Stores stock | A | Dividend | J | T | | | | | |
| 31. - Cognizant Technology Solutions stock | A | Dividend | J | T | | | | | |
| 32. - ConocoPhillips stock | A | Dividend | J | T | | | | | |
| 33. - CVS Caremark Corp stock | A | Dividend | J | T | | | | | |
| 34. - Devon Energy stock (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Jennifer A. | 11/30/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Diamond Offshore Drilling stock (Y) | | | | | | | | | |
| 36. - Dorman Products stock | A | Dividend | J | T | | | | | |
| 37. - Dollar Tree stock | A | Dividend | J | T | | | | | |
| 38. - Ecolab, Inc. stock | A | Dividend | J | T | | | | | |
| 39. - El Paso Pipeline Partners stock (Y) | | | | | | | | | |
| 40. - Enbridge Energy Partners stock | A | Dividend | J | T | | | | | |
| 41. - Energy Transfer Equity LP stock | A | Dividend | K | T | | | | | |
| 42. - Energy Transfer Partners LP stock | A | Dividend | J | T | | | | | |
| 43. - Enterprise Production Partners LP stock (X) | A | Dividend | L | T | | | | | |
| 44. - EV Energy Partners stock | A | Dividend | J | T | | | | | |
| 45. - Express Scripts Holding Co. stock | A | Dividend | J | T | | | | | |
| 46. - First Trust Tech AlphaDEX ETF | A | Dividend | J | T | | | | | |
| 47. - General Mills Inc. stock | A | Dividend | J | T | | | | | |
| 48. - Genesis Energy, LP stock | A | Dividend | J | T | | | | | |
| 49. - Google, Inc. stock | A | Dividend | K | T | | | | | |
| 50. - Guggenheim Enhanced Short Duration ETF (Y) | | | | | | | | | |
| 51. - Guggenheim S&P 500 Equal Weight ETF | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Jennifer A. | 11/30/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Halliburton stock | A | Dividend | J | T | | | | | |
| 53. - Intuit Corp stock | A | Dividend | J | T | | | | | |
| 54. - iShares Barclays 1-3 Year Treasury Fund stock (Y) | | | | | | | | | |
| 55. - iShares High Dividend Equity Fund | A | Dividend | J | T | | | | | |
| 56. - iShares IBoxx High Yield Corporate Fund | A | Dividend | J | T | | | | | |
| 57. - iShares S&P Midcap 400 Index Fund (Y) | | | | | | | | | |
| 58. - iShares Core S&P Total US Stock Fund | A | Dividend | J | T | | | | | |
| 59. - Johnson & Johnson stock | A | Dividend | J | T | | | | | |
| 60. - Kellogg Co. stock | A | Dividend | J | T | | | | | |
| 61. - Kimberly Clark Corp stock (Y) | | | | | | | | | |
| 62. - Kinder Morgan Energy Partners, LP stock (Y) | | | | | | | | | |
| 63. - Lincoln Electric Holdings, Inc. stock (Y) | | | | | | | | | |
| 64. - Linn Energy LLC stock (Y) | | | | | | | | | |
| 65. - LKQ Corp. stock | A | Dividend | J | T | | | | | |
| 66. - Magellan Midstream Partners, LP stock | A | Dividend | K | T | | | | | |
| 67. - Markwest Energy Partners | A | Dividend | K | T | | | | | |
| 68. - MS StepUp Autocall on Apple, Inc. stock (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Jennifer A. | 11/30/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Mastercard, Inc. stock | A | Dividend | K | T | | | | | |
| 70. - Middleby Corp. stock | A | Dividend | J | T | | | | | |
| 71. - Monro Muffler & Brake stock | A | Dividend | J | T | | | | | |
| 72. - Nike, Inc. stock | A | Dividend | J | T | | | | | |
| 73. - Novo Nordisk A/S stock | A | Dividend | J | T | | | | | |
| 74. - Oneok Partners, LP stock | A | Dividend | J | T | | | | | |
| 75. - Oracle Corp. stock | A | Dividend | J | T | | | | | |
| 76. - Pepsico, Inc. stock | A | Dividend | J | T | | | | | |
| 77. - Perrigo Co. stock | A | Dividend | J | T | | | | | |
| 78. - Phillips 66 stock | A | Dividend | K | T | | | | | |
| 79. - Plains All American Pipeline, LP stock | A | Dividend | K | T | | | | | |
| 80. - Priceline.com stock | A | Dividend | J | T | | | | | |
| 81. - ProShares Ultra Midcap 400 ETF Stock Fund (Y) | | | | | | | | | |
| 82. - Regency Energy Partners, LP stock | A | Dividend | J | T | | | | | |
| 83. - TJX Companies stock | A | Dividend | J | T | | | | | |
| 84. - Tupperware Brands Corp. stock (Y) | | | | | | | | | |
| 85. - United Technologies Corp. stock (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Jennifer A. | 11/30/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  - Wells Fargo & Co. stock | A | Dividend | J | T | | | | | |
| 87.  - Williams Partners, Ltd. stock | A | Dividend | J | T | | | | | |
| 88.  - Delta Airlines 2010 bond | A | Interest | J | T | | | | | |
| 89.  - AT&T stock | A | Dividend | J | T | | | | | |
| 90.  - Access Midstream Partners LP stock | A | Dividend | J | T | | | | | |
| 91.  - Actavis PLC stock | A | Dividend | J | T | | | | | |
| 92.  - Ace Ltd stock (Y) | | | | | | | | | |
| 93.  - Aegerion Pharmaceutical Inc. stock (Y) | | | | | | | | | |
| 94.  - Affiliated MGRS Group Inc. stock | A | Dividend | J | T | | | | | |
| 95.  - Alliance Data Systems Corp. stock (Y) | | | | | | | | | |
| 96.  - Allstate Corp stock (X) | A | Dividend | J | T | | | | | |
| 97.  - Altria Group Inc. stock | A | Dividend | J | T | | | | | |
| 98.  - American International Group Inc New stock | A | Dividend | J | T | Buy | 10/16/14 | J | | |
| 99.  - American Realty Capital Properties Inc stock (X) | A | Dividend | J | T | | | | | |
| 100.  - Amgen Inc stock | A | Dividend | J | T | Buy | 04/04/14 | J | | |
| 101.  - Anheuser Busch Inbev stock | A | Dividend | J | T | | | | | |
| 102.  - Anixter Intl Inc. stock (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Dorsey, Jennifer A. | 11/30/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Apache Corp. stock (Y) | | | | | | | | | |
| 104. - Apartment Invt & Mgmt Co A stock | A | Dividend | J | T | | | | | |
| 105. - Artisan Partners Asset Mgmt stock | A | Dividend | J | T | | | | | |
| 106. - Avalonbay Communications Inc stock (X) | A | Dividend | J | T | | | | | |
| 107. - BRE Properties Inc A stock (Y) | | | | | | | | | |
| 108. - Bank of America Corp stock | A | Dividend | J | T | | | | | |
| 109. - Bed Bath & Beyond Inc stock (Y) | | | | | | | | | |
| 110. - Boeing Co stock | A | Dividend | J | T | | | | | |
| 111. - Boston Properties stock | A | Dividend | J | T | | | | | |
| 112. - Bristol Myers Squibb Co stock | A | Dividend | J | T | | | | | |
| 113. - Broadcom Corp stock (X) | A | Dividend | J | T | | | | | |
| 114. - Brookdale Senior Living Inc stock | A | Dividend | J | T | | | | | |
| 115. - CBL & Associates Properties stock (X) | | | | | | | | | |
| 116. - CBS Corp New Class B shares stock | A | Dividend | J | T | | | | | |
| 117. - Cigna Corporation Co stock (Y) | | | | | | | | | |
| 118. - CST Brands Inc Co stock (Y) | | | | | | | | | |
| 119. - CVS Health Corp Com stock (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Dorsey, Jennifer A. | 11/30/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - Camden Property Trust stock | A | Dividend | J | T | | | | | |
| 121. - Capital One Financial Corp stock | A | Dividend | J | T | | | | | |
| 122. - Celgene Corp stock | A | Dividend | J | T | | | | | |
| 123. - CenturyLink Inc stock | A | Dividend | J | T | | | | | |
| 124. - Chevron Corp stock (X) | A | Dividend | J | T | | | | | |
| 125. - Cimarex Energy Co stock (Y) | | | | | | | | | |
| 126. - Citizens Financial Group stock (X) | A | Dividend | J | T | | | | | |
| 127. - Coach Inc stock (Y) | | | | | | | | | |
| 128. - Colgate Palmolive Co stock (X) | A | Dividend | J | T | | | | | |
| 129. - Coca Cola Co stock (X) | A | Dividend | J | T | | | | | |
| 130. - Comcast Corp (NEW) class A stock | A | Dividend | J | T | | | | | |
| 131. - Community Health Sys Inc NEW stock | A | Dividend | J | T | | | | | |
| 132. - Con-Way Inc. stock (Y) | | | | | | | | | |
| 133. - Corrections Corp of Amer NEW stock (Y) | | | | | | | | | |
| 134. - Cubesmart Com stock | A | Dividend | J | T | | | | | |
| 135. - Cummins Inc stock (X) | A | Dividend | J | T | | | | | |
| 136. - DDR Corp Com stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Jennifer A. | 11/30/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - Davita Inc stock | A | Dividend | J | T | | | | | |
| 138. - Decker Outdoor Corporation stock (Y) | | | | | | | | | |
| 139. - Discover Financial Services stock (X) | A | Dividend | J | T | | | | | |
| 140. - Walt Disney Hldg Co stock | A | Dividend | J | T | | | | | |
| 141. - Drill-Quip Inc stock (Y) | | | | | | | | | |
| 142. - Du Pont El De Nemours & Co stock | A | Dividend | J | T | | | | | |
| 143. - Duke Realty Corp stock | A | Dividend | J | T | | | | | |
| 144. - Duke Energy Corp (NEW) stock (X) | A | Dividend | J | T | | | | | |
| 145. - Du Pont Fabros Technology Inc stock | A | Dividend | J | T | | | | | |
| 146. - EMC Corp Mass stock (X) | A | Dividend | J | T | | | | | |
| 147. - EQT Corporation Comp (NEW) stock (Y) | | | | | | | | | |
| 148. - EPR PPTYS Comp stock | A | Dividend | J | T | | | | | |
| 149. -EQT Midstream Ptnrs LP stock | A | Dividend | J | T | | | | | |
| 150. - East West Bancorp stock | A | Dividend | J | T | | | | | |
| 151. - EBAY Inc stock (Y) | | | | | | | | | |
| 152. - Education Realty Trust Inc stock (X) | A | Dividend | J | T | | | | | |
| 153. - Emerson Electric Co stock (X) | A | Dividend | J | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Jennifer A. | 11/30/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. - Electronic Arts Inc stock (Y) | | | | | | | | | |
| 155. - Enlink Midstream Partners LP stock (X) | A | Dividend | J | T | | | | | |
| 156. - Envision Healthcare Hldgs Inc stock | A | Dividend | J | T | | | | | |
| 157. - Equity One Inc stock | A | Dividend | J | T | | | | | |
| 158. - Equity Residential stock | A | Dividend | J | T | | | | | |
| 159. - Essex Property Trust Inc stock | A | Dividend | J | T | | | | | |
| 160. - Extra Space Storage Inc stock | A | Dividend | J | T | | | | | |
| 161. - Exxon Mobil stock | A | Dividend | J | T | | | | | |
| 162. - Facebook Inc stock | A | Dividend | J | T | Buy | 01/23/14 | J | | |
| 163. - Fedl Rlty Invt Trust SBI stock | A | Dividend | J | T | | | | | |
| 164. - First Indust Realty Tr Inc stock | A | Dividend | J | T | | | | | |
| 165. - First Republic Bank stock | A | Dividend | J | T | | | | | |
| 166. - Fleetcor Technologies stock (X) | A | Dividend | J | T | | | | | |
| 167. - Foot Locker Inc stock (Y) | | | | | | | | | |
| 168. - Ford Motor Co NEW stock | A | Dividend | J | T | | | | | |
| 169. - GEO Group Inc stock (X) | A | Dividend | J | T | | | | | |
| 170. - Gap Inc stock (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Jennifer A. | 11/30/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. - GNC Holdings Inc Comp Class A stock (Y) | | | | | | | | | |
| 172. - General Dynamics Corp stock | A | Dividend | J | T | | | | | |
| 173. - General Growth Properties stock (X) | A | Dividend | J | T | | | | | |
| 174. - General Motors stock (X) | A | Dividend | J | T | | | | | |
| 175. - Gilead Science stock | A | Dividend | J | T | | | | | |
| 176. - Grainger (WW) Inc stock (X) | A | Dividend | J | T | | | | | |
| 177. - Greenhill & Co Inc stock (X) | A | Dividend | J | T | | | | | |
| 178. - HCP Inc. stock | A | Dividend | J | T | | | | | |
| 179. - Hartford Fin Sers GRP Inc stock (Y) | | | | | | | | | |
| 180. - Health Care REIT Corp stock | A | Dividend | J | T | | | | | |
| 181. - Hewlett Packard stock (X) | A | Dividend | J | T | | | | | |
| 182. - Hilton Worldwide Holdings Inc stock | A | Dividend | J | T | | | | | |
| 183. - Host Hotel & Resorts Inc stock | A | Dividend | J | T | | | | | |
| 184. - Humana Inc stock (Y) | | | | | | | | | |
| 185. - IDEXX Labs stock (Y) | | | | | | | | | |
| 186. - Incyte Corp stock (Y) | | | | | | | | | |
| 187. - Intel Corp stock (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Jennifer A. | 11/30/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. - International Paper Co stock (X) | A | Dividend | J | T | | | | | |
| 189. - Intercontinental Exchange Group stock (X) | A | Dividend | J | T | | | | | |
| 190. - Intl Business Machines (IBM) stock (Y) | | | | | | | | | |
| 191. - JP Morgan Chase & Co stock | A | Dividend | J | T | | | | | |
| 192. - Jacobs Engineering Group Inc stock (Y) | | | | | | | | | |
| 193. - Johnson Controls Incorporated stock (X) | A | Dividend | J | T | | | | | |
| 194. - Jones Lang LaSalle Inc stock (X) | A | Dividend | J | T | | | | | |
| 195. - Kilroy Realty Corporation stock | A | Dividend | J | T | | | | | |
| 196. - Kohls Corporation stock (X) | A | Dividend | J | T | | | | | |
| 197. - Kraft Food Group Inc stock | A | Dividend | J | T | | | | | |
| 198. - LKQ Corporation stock | A | Dividend | J | T | | | | | |
| 199. - Lasalle Hotel Properties stock (Y) | | | | | | | | | |
| 200. - Las Vegas Sands Corporation stock (X) | A | Dividend | J | T | | | | | |
| 201. - Eli Lilly & Co stock | A | Dividend | J | T | | | | | |
| 202. - Lincoln Ntl Corp Ind stock (Y) | | | | | | | | | |
| 203. - Lockheed Martin Corp stock | A | Dividend | J | T | | | | | |
| 204. - Lorillard Inc stock | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Jennifer A. | 11/30/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. - Macy's Inc stock | A | Dividend | J | T | | | | | |
| 206. - Marathon Oil Co stock (X) | A | Dividend | J | T | | | | | |
| 207. - Marathon Petroleum Corp stock | A | Dividend | J | T | | | | | |
| 208. - Medical Properties Trust Inc stock (Y) | | | | | | | | | |
| 209. - McKesson Corp stock (X) | A | Dividend | J | T | | | | | |
| 210. - Merck & Co Inc NEW comp stock | A | Dividend | J | T | | | | | |
| 211. - Mondelez Intl Inc comp stock | A | Dividend | J | T | | | | | |
| 212. - NCR Corporation stock (Y) | | | | | | | | | |
| 213. - National Oilwell Varco Inc stock (Y) | | | | | | | | | |
| 214. - Nextera Energy Inc stock | A | Dividend | J | T | | | | | |
| 215. - Occidental Petroleum Corp DE stock | A | Dividend | J | T | | | | | |
| 216. - PG&E Corporation stock (Y) | | | | | | | | | |
| 217. - PPG Industries Inc stock | A | Dividend | J | T | | | | | |
| 218. - PVH Corporation stock | A | Dividend | J | T | | | | | |
| 219. - Paramount Group Inc stock (X) | A | Dividend | J | T | | | | | |
| 220. - Pebblebrook Hotel TR stock | A | Dividend | J | T | | | | | |
| 221. - PA Real Estate Investment Trust SBI (Y) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Jennifer A. | 11/30/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. - Petsmart Inc stock (Y) | | | | | | | | | |
| 223. - Philip Morris Intl Inc stock | | | | | | | | | |
| 224. - Pioneer Natural Resources Co stock (Y) | | | | | | | | | |
| 225. - Precision Castparts Corp stock | A | Dividend | J | T | | | | | |
| 226. - Procter & Gamble stock | A | Dividend | J | T | | | | | |
| 227. - Prologis Inc stock | A | Dividend | J | T | | | | | |
| 228. - Prudential Financial Inc stock | A | Dividend | J | T | | | | | |
| 229. - Public Storage stock | A | Dividend | J | T | | | | | |
| 230. - Puma Biotechnology Inc stock (Y) | | | | | | | | | |
| 231. - Qualcomm Inc stock | A | Dividend | J | T | | | | | |
| 232. - Quest Diagnostics Inc stock | A | Dividend | J | T | | | | | |
| 233. - Quintiles Transnational Hldgs stock | A | Dividend | J | T | | | | | |
| 234. - Ralph Lauren Corp Class A stock | A | Dividend | J | T | | | | | |
| 235. - RamcoGershenson Pptys Inc NEW stock (Y) | | | | | | | | | |
| 236. - Range Resources Corp stock (Y) | | | | | | | | | |
| 237. - Raytheon Co (NEW) stock (X) | A | Dividend | J | T | | | | | |
| 238. - Reliance Steel & Alum Co stock (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Jennifer A. | 11/30/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. - Retail Pptys Amer Class A stock (Y) | | | | | | | | | |
| 240. - Reynolds American Inc stock | A | Dividend | J | T | | | | | |
| 241. - Royal Dutch Shell PLC Class B | A | Dividend | J | T | | | | | |
| 242. - SL Green Realty CP stock | A | Dividend | J | T | | | | | |
| 243. - St Jude Medical Inc stock | A | Dividend | J | T | | | | | |
| 244. - Sarpeta Therapeutics Inc stock (Y) | | | | | | | | | |
| 245. - Saul Ctrs Inc stock | A | Dividend | J | T | | | | | |
| 246. - Sempra Energy stock | A | Dividend | J | T | | | | | |
| 247. - Senior HSG PPTY TR SBI stock (Y) | | | | | | | | | |
| 248. - Signature Bank stock | A | Dividend | J | T | | | | | |
| 249. - Simon Property Group stock | A | Dividend | K | T | | | | | |
| 250. - Southern Co stock (Y) | | | | | | | | | |
| 251. - Southwestern Energy Company stock (Y) | | | | | | | | | |
| 252. - Starwood Hotels & Resorts WW Inc stock (X) | A | Dividend | J | T | | | | | |
| 253. - Store Capital Corporation stock (X) | A | Dividend | J | T | | | | | |
| 254. - Starz Series A stock (Y) | | | | | | | | | |
| 255. - Strategic Htls & Resorts Inc stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. - Sun Communities Inc stock (X) | A | Dividend | J | T | | | | | |
| 257. - Sunstone Hotel Investors, Inc stock | A | Dividend | J | T | | | | | |
| 258. - Suntrust BKS stock | A | Dividend | J | T | | | | | |
| 259. - Targa Res Partners LP UTS stock (X) | A | Dividend | J | T | | | | | |
| 260. - Taubman Centers Inc stock (X) | A | Dividend | J | T | | | | | |
| 261. - Tiffany & Co (NEW) stock (X) | A | Dividend | J | T | | | | | |
| 262. - Transdigm Group Inc stock (X) | A | Dividend | J | T | | | | | |
| 263. - Twitter Inc stock (X) | A | Dividend | J | T | | | | | |
| 264. - USG Corporation (NEW) stock (X) | A | Dividend | J | T | | | | | |
| 265. - Union Pacific Corp stock (X) | A | Dividend | J | T | | | | | |
| 266. - Valeant Pharmaceutical International stock (X) | A | Dividend | J | T | | | | | |
| 267. - Vantiv Inc stock (X) | A | Dividend | J | T | | | | | |
| 268. - Ventas Inc stock (X) | A | Dividend | J | T | | | | | |
| 269. - Verizon Communications stock (X) | A | Dividend | J | T | | | | | |
| 270. - Visa Inc stock (X) | A | Dividend | J | T | | | | | |
| 271. - Vornado Realty Trust stock (X) | A | Dividend | J | T | | | | | |
| 272. - Washington Prime Group Inc stock (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Jennifer A. | 11/30/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273.  - Waste Management Inc stock (X) | A | Dividend | J | T | | | | | |
| 274.  - Yum Brands stock (X) | A | Dividend | J | T | | | | | |
| 275.  - First Trust Large Cap Core ETF (X) | A | Dividend | J | T | | | | | |
| 276.  - S&P 500 Index Fund (X) | A | Dividend | K | T | | | | | |
| 277.  - IShares MSCI Emerging Markets ETF (X) | A | Dividend | J | T | | | | | |
| 278.  - IShares MSCI EAFE ETF (X) | A | Dividend | J | T | | | | | |
| 279. | | | | | | | | | |
| 280.  -IShares Russell 2000 ETF | A | Dividend | J | T | | | | | |
| 281.  - IShares US Real Estate ETF | A | Dividend | J | T | | | | | |
| 282.  - IShares Interm Credit BD ETF (Y) | | | | | | | | | |
| 283.  -IShares S&P US Pfd Stock Index Fund ETF (Y) | | | | | | | | | |
| 284.  - IShares MSCI USA Min Vol ETF | A | Dividend | J | T | | | | | |
| 285.  - Mainstay Def Term Muni Opp stock fund | A | Dividend | K | T | | | | | |
| 286.  - Powershares stock fund | A | Dividend | J | T | | | | | |
| 287.  - Powershares DB US Index ETF (X) | A | Dividend | J | T | | | | | |
| 288.  -Powershares BD Multi-Sec Energy stock fund (Y) | | | | | | | | | |
| 289.  - Guggenheim S&P 500 Pure Value stock fund | A | Dividend | J | T | Buy | 02/12/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Buy | 05/08/14 | J | | |
| 291. | | | | | Buy | 10/16/14 | J | | |
| 292.   - SPDR Blackstone GSO Senior Loan stock fund (X) | A | Dividend | J | T | | | | | |
| 293.   - Invesco Developing Markets mutual fund | A | Dividend | K | T | | | | | |
| 294.   - Baron Growth Institutional mutual fund (X) | A | Dividend | L | T | | | | | |
| 295.   - Blackrock Global Div Port Institutional mutual fund (X) | A | Dividend | K | T | | | | | |
| 296.   - Deutsche Real Estate Secs S mutual fund (X) | A | Dividend | K | T | | | | | |
| 297.   - Oakmark I mutual fund (X) | A | Dividend | K | T | | | | | |
| 298.   - Oakmark International I stock fund | A | Dividend | K | T | | | | | |
| 299.   - Ivy Asset Strategy I mutual fund (X) | A | Dividend | L | T | | | | | |
| 300.   - Clearbridge Aggressive Growth I mutual fund (X) | A | Dividend | M | T | | | | | |
| 301.   - Clearbridge Tactical Div Inc I mutual fund (X) | A | Dividend | K | T | | | | | |
| 302.   - Tortoise MLP & Pipeline Institutional mutual fund (X) | A | Dividend | K | T | | | | | |
| 303.   - Neuberger Berman Soc Resp Inst stock fund | A | Dividend | L | T | | | | | |
| 304.   - Neuberger Berman Intl Equity stock fund | A | Dividend | K | T | | | | | |
| 305.   - Neuberger Intrinsic Value Institutional mutual fund (X) | A | Dividend | L | T | | | | | |
| 306.   - Oppenheimer International Growth stock fund | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Jennifer A. | 11/30/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. - PIMCO Emerging Markets BD mutual fund (X) | A | Dividend | K | T | | | | | |
| 308. - Prudential Jennison SM Comp mutual fund (X) | A | Dividend | L | T | | | | | |
| 309. - Templeton Global Bond Fund Advance mutual fund (X) | A | Dividend | M | T | | | | | |
| 310. - Virtus Insight Emerging Markets mutual fund (X) | A | Dividend | L | T | | | | | |
| 311. - California St. Variable Purpose Gen Obligation Bond (Y) | | | | | | | | | |
| 312. - Connecticut St Special Tax Obligation Transportation Bond | A | Interest | K | T | | | | | |
| 313. - DeKalb County GA Water & Sewer Bond (Y) | | | | | | | | | |
| 314. - Harris County Cultural Education Bond (Y) | | | | | | | | | |
| 315. - Kentucky State Property & Buildings Bond | A | Interest | K | T | | | | | |
| 316. - Los Angeles County Public Works Bond (Y) | | | | | | | | | |
| 317. - Metropolitan Transportation Authority NY Bond (Y) | | | | | | | | | |
| 318. - Miami-Dade County Transit System Sales Surtax Bond (Y) | | | | | | | | | |
| 319. - New York City Transportation Finance Authority Bldg Aid Bond (Y) | | | | | | | | | |
| 320. - Ohio State Infrastructure Improvements Bond | A | Interest | K | T | | | | | |
| 321. - Oklahoma Dev Fin Auth St John Health System Bond (Y) | | | | | | | | | |
| 322. - Chaffey CA Unified High School Bond (X) | A | Interest | J | T | | | | | |
| 323. - Madison WI General Obligation Bond (X) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Jennifer A. | 11/30/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. - Maryland State General Obligation Bond (X) | A | Interest | K | T | | | | | |
| 325. - Massachusetts State General Obligation Bond (X) | A | Interest | J | T | | | | | |
| 326. - Metropolitan Atlanta Rapid Transit Authority Sale Tax Bond (X) | A | Interest | K | T | | | | | |
| 327. - Seattle WA Water System Revenue Bond (X) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part II, line 1: Date listed was approximate date I became eligible to participate in the plan. The plan itself may have had different names due to firm name changes over the past 15 years. During 2014, all of my interests in the plan were distributed via tax-exempt rollovers into IRA accounts held at our brokerage. As of 12/31/14, I have no interest in the Kemp Jones & Coulthard Profit Sharing Plan, so I provide the information out of an abundance of caution for purposes of this 2014 financial disclosure.

Part VII, line 1: This item is related to the above notation. The first, larger rollover occurred on transaction on 6/30/14 (Value Code N) and the second occurred on 12/30/14 (Value Code L). These transactions did not result in any reportable income or taxes.

Part VII, line 2: Similar to the rollover of my profit sharing interests from a former employer's plan during 2014, my spouse took another position in 2014 and transferred all of his interests in the identified former employer's plan via tax-exempt rollover into IRA accounts held at our brokerage on 5/5/14 (Value Code L). As of 12/31/14, he holds no interests in the former employer's plan, so I provide the information out of an abundance of caution for purposes of this 2014 financial disclosure.

RESPONSE TO LETTER OF INQUIRY AND AMENDED REPORT INFORMATION

Part VII, line 65: The LKQ Corp stock holding was inadvertently listed with a (X) and income values uncompleted. Said holding appears at line 263 of the 2013 report. The holding has been updated with the applicable values in the amended report and response to letter of inquiry.

Part VII, lines 223: The letter of inquiry requests information on the Dollar Tree holding. The holding listed in the 2013 report at line 223 is actually listed at line 37 of the 2014 report. The holding is the same but was inadvertently listed with an "Inc." in documents from our family's investment advisors at Morgan Stanley Smith Barney.

Part VII, line 98: Responsive information for American International Group Inc. NEW stock holding included.

Part VII, line 100: Responsive information for Amgen Inc stock holding included.

Part VII, line 162: Responsive information for Facebook Inc stock holding included.

Part VII, lines 289-291: Responsive information for Guggenheim S&P 500 Pure Value stock fund holding included.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jennifer A. Dorsey**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544